1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HECTOR RUELAS,                    )   No. CV 05-00144-SS
                                        )
12                 Plaintiff,          )
                                        )   **JUDGMENT**
13            v.                        )
                                        )
14   JO ANNE B. BARNHART,               )
     Commissioner of the Social        )
15   Security Administration,          )
                                        )
16                 Defendant.          )
     _____)

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19   and that the above-captioned action is REMANDED to the Commissioner for

20   further action consistent with the Court's Memorandum Decision and

21   Order.

22

23   DATED: August 16, 2006

24

25                                  _____/s/_____
                                    SUZANNE H. SEGAL
26                                  UNITED STATES MAGISTRATE JUDGE

27

28